Melvin P. Ellison, as administrator, etc., against George W. Ford, as administrator, etc. No opinion. Judgment and order affirmed, with costs.

---

ELMORE & HAMILTON CONTRACTING CO. v. STATE. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by the Elmore & Hamilton Contracting Company, against the State of New York; County of Orange, appellant. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 62 Misc. Rep. 58, 115 N. Y. Supp. 1071.

---

ELTING, Respondent, v. SCHWARTZ, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Ely Elting against Mark Schwartz. No opinion. Judgment affirmed, with costs.

---

In re ERIE COUNTY. (Supreme Court, Appellate Division, Fourth Department. October 13, 1909.) In the matter of the appointment of a board of examiners to inquire into the operation of the jury system of the county of Erie. No opinion. Report of examining board received, approved, and filed.

---

EVANS, Respondent, v. EASTMAN KODAK CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Clarence E. Evans, an infant, etc., against the Eastman Kodak Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, upon the authority of the decision in the same case on former appeal, reported at 129 App. Div. 768, 113 N. Y. Supp. 986.

KRUSE and ROBSON, JJ., dissent.

---

EVENHUIS, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by Dorothy Evenhuis, by Anna M. Evenhuis, her guardian ad litem, against the United Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

FAILLACE, et al., Appellants, v. JOHNSON LIGHTERAGE CO. et al.. Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Antonio S. Faillace and others against the Johnson Lighterage Company and another. No opinion. Judgments and order of the Municipal Court affirmed, with costs.

---

FALK et al., Appellants, v. AMERICAN WEST INDIES TRADING CO., Respondent. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Action by Mortimer Falk and others against the American

118 N.Y.S.—70

West Indies Trading Company. S. K. Lichtenstein, for appellants. I. M. Aron, for respondent. No opinion. Judgment affirmed, with costs, on opinion in 180 N. Y. 445, 73 N. E. 239. Order filed.

---

FEINSTEIN, Respondent, v. REYNOLDS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Abraham Feinstein against Michael T. Reynolds and others.

PER CURIAM. Motion denied, without costs, on condition that the appeal be perfected within 10 days and the case placed at the foot of the present calendar; otherwise, motion to dismiss the appeal granted, with costs.

---

FEINSTEIN, Respondent, v. REYNOLDS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Abraham Feinstein against Michael T. Reynolds and another. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

---

FELKEL et al., Respondents, v. SYRACUSE, B. & N. Y. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Henry G. Felkel and another against the Syracuse. Binghamton & New York Railroad Company. No opinion. Motion. for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. See, also, 117 N. Y. Supp. 1134.

---

FETHERSTON, Respondent, v. CITY OF NEW YORK, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Elizabeth Fetherston, as administratrix, etc., of Andrew Fetherston, deceased, against the City of New York, impleaded with others. No opinion. Judgment and order unanimously affirmed, with costs.

---

FICKEN, Appellant, v. DEGNON CONTRACTING CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Frederick Ficken against the Degnon Contracting Company. No opinion. Judgment unanimously affirmed, with costs.

---

FINNIE, Respondent, v. CENTRAL PARK, N. & E. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Michael Finnie against the Central Park, North & East River Railroad Company. C. E. Chalmers. for appellant. D. R. Almy, for respondent. No opinion. Order affirmed. with $10 costs and disbursements. Order filed.

---

FISHER, Respondent, v. WAKEFIELD PARK REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department.